UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HIGHJUMP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-4108 (JNE/JJK) |
| | ) | |
| TIMOTHY E. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

In accord with the Court's November 8, 2010 order in the above-captioned matter, Plaintiff HighJump Acquisition, LLC files this Notice of Voluntary Dismissal, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                                    s/Sean Ploen
Sean Ploen
Bar No. 333980
Atty. for Plaintiff HighJump Acquisition, LLC
PLOEN LAW FIRM, PC
100 South Fifth St., Ste. 1900
Minneapolis, MN 55402-1267
Tel.: (651) 894-6800
Fax: (651) 894-6801

Dated: November 9, 2010